The People of the State of New York ex rel. G. Albert Thompson, Appellant, v. Chauncey T. Secor and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. George W. Davids, Appellant, v. John K. Sague Mayor of the City of Poughkeepsie, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks and Gaynor, JJ., concurred; Rich, J., dissented.

Daniel H. Tolman, Appellant, v. Helen Thompson, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of Tolman v. Mulcahy (119 App. Div. 42) decided April 19, 1907. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Michael Hoffmann Wilson, Respondent, v. Archer Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Donat Cefola, Appellant, v. Siegel-Cooper Company, Respondent.— Order reversed, with costs, and verdict reinstated, with costs. The serious and permanent character of the plaintiff's injuries is undisputed. The record discloses no reason for interfering with the verdict of the jury, and none satisfactory to us has been pointed out. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Allie S. Gregory, Respondent, v. John H. Taylor, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Isaac S. Holbrook, Appellant, v. Edmund Fish and Others, Respondents.— Order modified by inserting a provision limiting the operation of the injunction until the costs of the previous action have been paid, and as modified affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Alfred Hughes, Respondent, v. The New York Times Company, Appellant.— Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over on payment of costs within twenty days, on the authority of Hughes v. New York Evening Post Co. (115 App. Div. 611). Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.